946 P.2d 972

# SUPREME COURT OF HAWAI'I

**September 8, 1997**

| | | |
|---|---|---|
| 18316 | Stein, Matter of | Vacated |

**October 9, 1997**

| | | |
|---|---|---|
| 20421 | Perkins v. Nakamoto | Affirmed |

**October 14, 1997**

| | | |
|---|---|---|
| 19199 | Harris v. Servco Pacific, Inc. | Affirmed |
| 19484 | Sierra Club Moku Loa Group v. Department of Land and Natural Resources | Affirmed |
| 20256 | State v. Pahukoa | Vacated |
| 18742 | Wolf v. County of Hawai'i Planning Dept. | Affirmed |
| 19454 | Zachmeyer v. Mits & Stans, Inc.; Koho Grill & Bar, Inc. v. Suzuki | Vacated |

**October 15, 1997**

| | | |
|---|---|---|
| 20099 | Credguard Corp. v. Pasquariello | Affirmed |
| 20295 | Foster v. Administrative Director of the Court, State | Affirmed |
| 20104 | Spinney v. Hawaii Pipe and Supply Co. | Affirmed |
| 19674 | State v. Bordeaux | Affirmed |
| 20211 | State v. Nake A | Affirmed |
| 19755 | State v. Powers | Affirmed |
| 20362 | State v. Ulep | Affirmed |
| 20167 | State v. Vastlik | Affirmed |

**October 16, 1997**

| | | |
|---|---|---|
| 19473 | Hec of Brd, Inc. v. Silva | Affirmed |
| 20448 | Penarosa v. Aloha Airlines, Inc. | Affirmed |
| 19852 | Williams v. Management and Training Corp. | Affirmed |